# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH J. WATLEY,<br><br>    Plaintiff-,<br><br>         v.<br><br>MICHAEL FELSMAN, DANIEL NILON, AND JAMES SOHNS,<br><br>    Defendant-. | NO. 3:16-cv-2059<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 29th day of March, 2018, **IT IS HEREBY ORDERED** that:

(1) Plaintiff Joseph Watley's Motion for Partial Summary Judgment is **GRANTED in part and DENIED in part**.

   (A) Plaintiff's Motion for Partial Summary Judgment is **GRANTED** as to liability for the seizure of Watley on May 12, 2016 (Count I of the Third Amended Complaint, in part).

   (B) Plaintiff's Motion for Partial Summary Judgment is **DENIED in all other respects**.

(2) Defendants Michael Felsman, Daniel Nilon, and James Sohns' Motion for Summary Judgment is **GRANTED in part and DENIED in part**.

   (A) Defendants' Motion for Summary Judgment is **GRANTED** as to Watley's claims relating to the seizure and search of Watley's person by Trooper Felsman on May 11, 2016 (Count I, in part); excessive force as to the events of May 11, 2016 (Count II, in part); First Amendment retaliation (Count III); assault and battery during the events of May 11, 2016 (Count IV, in part); false arrest/false imprisonment (Count V), malicious prosecution (Count VI), abuse of process (Count VII); and the seizure and search of Watley's

person by Trooper Nilon on May 11, 2016 (Count VIII).

(B) Defendants' Motion for Summary Judgment is **DENIED in all other respects**.

                                                        /s/ A. Richard Caputo
                                                        A. Richard Caputo
                                                        United States District Judge