**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSEPH J. WATLEY, | |
| Plaintiff, | NO. 3:16-CV-02059 |
| v. | (JUDGE CAPUTO) |
| MICHAEL FELSMAN, DANIEL NILON, and JAMES SOHNS, | |
| Defendants. | |

## **ORDER**

**NOW**, this 9th day of July 2019, **IT IS HEREBY ORDERED** that:

(1) The Motion to Alter or Amend Judgment (Doc. 104) filed by Defendants Felsman and Nilon is **DENIED**.

(2) The Motion for for Attorney's Fees and Costs (Doc. 98) filed by Plaintiff is **GRANTED in part**, and Plaintiff is awarded fees in the amount of $10,000 to Attorney Pollick.

(3) The Motion to Strike (Doc. 118) filed by Plaintiff is **DENIED**.

                                                 /s/ A. Richard Caputo
                                                  A. Richard Caputo
                                                  United States District Judge